UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LOPEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA,<br><br>　　　　　　Respondent. | No. 2:17-cv-2368 KJN P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a pleading titled "Notice of Filing Against California Courts for Denial of First Amendment Right of Meaningful Access to the Courts." In this pleading, petitioner challenges a state court criminal conviction. Accordingly, the court construes petitioner's pleading as an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner is presently incarcerated at Valley State Prison in Madera County. He is serving a sentence for a conviction rendered by the Contra Costa County Superior Court.

The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, petitioner's conviction occurred in an area covered by the District Court for the Northern District of California and his place of incarceration is located in an area

1

covered by the Fresno Division of the District Court for the Eastern District of California.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.  <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

Dated: November 29, 2017

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lope2368.108a